**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., d/b/a CMS TECHNOLOGIES and CHRIMAR HOLDING COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANIXTER INC.,<br><br>Defendant. | Civil Action No. 6:18-cv-00248-JRG-JDL<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH
<u>PATENT LOCAL RULES 3-1, 3-2, 3-3, AND 3-4</u>**

The Parties respectfully request that the Court extend the deadline for Plaintiff to comply with P.R. 3-1 and 3-2 by 5 days from October 3, 2018 to October 8, 2018.  The Parties also respectfully request that the Court extend the deadline for Defendant to comply with P.R. 3-3 and 3-4 by 10 days from November 20, 2018 to November 30, 2018.  These requested extensions are not for delay, but to allow the Parties time to continue their ongoing discussions related to potential resolution of this action.  No other deadlines are affected by the proposed extensions.  The following chart shows the proposed changes:

| **Deadline** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Plaintiff to Comply with P.R. 3-1 and 3-2 | October 3, 2018 | October 8, 2018 |
| Defendant to Comply with P.R. 3-3 and 3-4 | November 20, 2018 | November 30, 2018 |

Dated: October 2, 2018										Respectfully submitted,

/s/ *Gary R. Sorden*
Gary R. Sorden
Texas Bar No. 24066124
gary.sorden@klemchuk.com
Mark D. Perantie
Texas Bar No. 24053647
mark.perantie@klemchuk.com
Timothy J.H. Craddock
Texas Bar No. 24082868
tim.craddock@klemchuk.com
KLEMCHUK LLP
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
Tel: 214-367-6000
Fax: 214-367-6001

**ATTORNEYS FOR PLAINTIFFS
CHRIMAR SYSTEMS, INC. D/B/A CMS
TECHNOLOGIES AND CHRIMAR HOLDING
COMPANY, LLC**

/s/ *Thomas N. Tarnay*
Thomas N. Tarnay
Texas Bar No. 24003032
ttarnay@sidley.com
Tung t. Nguyen
Texas Bar No. 24007745
tnguyen@sidley.com
James C. Butcher
Texas Bar No. 24092203
cbutcher@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201

**ATTORNEYS FOR DEFENDANT
ANIXTER INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on October 2, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                           */s/ Gary R. Sorden*
                                           Gary R. Sorden