# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., d/b/a CMS TECHNOLOGIES and CHRIMAR HOLDING COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ANIXTER INC., <br><br> Defendant. | Civil Action No. 6:18-cv-00248-JRG-JDL <br><br> **JURY TRIAL DEMANDED** |

## ORDER

On this day the Court considered the Parties' Joint Notice of Voluntary Dismissal with Prejudice, filed February 18, 2019 [Dkt. No. 37]. After considering the Notice, the Court finds that the Joint Notice should be GRANTED.

THEREFORE, **IT IS ORDERED** that Plaintiffs' claims that were asserted or that could have been asserted against Defendant are **DISMISSED WITH PREJUDICE** subject to the settlement agreement between the parties. All attorneys' fees, costs of court, and expenses shall be borne by the party incurring same.

**So ORDERED and SIGNED this 21st day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE